1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT
10         CENTRAL DISTRICT OF CALIFORNIA
11
12   EDWARD CASTRO,                    )   Case No.  CV 12-10592 MRW
13                    Plaintiff,       )
                                       )   JUDGMENT
14             vs.                     )
                                       )
15   CAROLYN W. COLVIN,[1]             )
     Acting Commissioner of Social     )
16   Security,                         )
                                       )
17                    Defendant.       )
18   _____   )
19
20         The decision of the Administrative Law Judge is AFFIRMED.  Judgment is
21   hereby entered in favor of Defendant.
22
23
24   DATE: September 18, 2013         _____
25                                    HON. MICHAEL R. WILNER
26                                    UNITED STATES MAGISTRATE JUDGE
27   _____
28         [1]    Carolyn W. Colvin, who recently became the Acting Commissioner ,
     is substituted for her predecessor, Michael J. Astrue.  See Fed. R. Civ. P. 25(d).